**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.thewrap.com/cynthia-nixon-nyu-trump-canceled-trans-appointments/



**EXHIBIT 2:** INFRINGEMENT# 2
URL: htttps://www.instagram.com/reel/DFqcjviSyxK/

